U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2018 OCT 18  AM 10: 44

BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Crim. No.: 2:18-CR-123 |
| KRYSTAL WHITCOMB and ) | |
| SHAWN WHITCOMB, ) | |
| Defendants ) | |

## INDICTMENT

The Grand Jury charges:

### COUNT 1

On or about October 10, 2018, in the District of Vermont, defendant KRYSTAL WHITCOMB knowingly and intentionally distributed heroin, a Schedule I controlled substance.

(21 U.S.C. §§ 841(a)(1), (b)(1)(C))

1

## COUNT 2

On or about September 6, 2018, in the District of Vermont, defendant SHAWN WHITCOMB knowingly and intentionally distributed heroin, a Schedule I controlled substance.

(21 U.S.C. §§ 841(a)(1), (b)(1)(C))

A TRUE BILL

~~FOREPERSON~~

*Christina Nolan*
CHRISTINA E. NOLAN
United States Attorney
Burlington, Vermont
October 18, 2018